# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-4635

———————————————

Rickey Lewis Smith,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

August 22, 2019

Per Curiam.

Affirmed.

Roberts, Rowe, and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Rickey Lewis Smith, pro se, Appellant.

Ashley Moody, Attorney General and Bryan Jordan, Assistant Attorney General, Tallahassee, for Appellee.